Daniel P. Buckley
Buckley Law Office, P.C.
125 West Mendenhall, Suite 201
Bozeman, Montana 59715
*Attorney for Plaintiffs*

George F. Darragh, Jr.
Assistant U.S. Attorney
PO Box 3447
119 First Ave. North, #300
Great Falls, MT 59403
*Attorney for Defendant USA*

J. Daniel Hoven
Carlo J. Canty
Evan M.T. Thompson
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Suite 101
P.O. Box 1697
Helena, MT 59601
*Attorneys for Defendants Randy Sibbitt, M.D. and Montana Interventional and Diagnostic Radiology Specialists, PLLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MARK TEMPLIN; MARION TEMPLIN; KAREN CHILCOAT; and, DONNA PATTERSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; RANDY SIBBITT, M.D.; and, MONTANA INTERVENTIONAL AND DIAGNOSTIC RADIOLOGY SPECIALISTS, PLLC,<br><br>Defendants. | Case No. CV-11-59-H-DWM<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDUICE OF DEFENDANTS RANDY SIBBITT, MD, AND MONTANA INTERVENTIONAL AND DIAGNOSTIC RADIOLOGY SPECIALISTS, PLLC** |

Come now all parties who have appeared before the Court in the above-captioned cause, and pursuant to Rule 41(a)(1)(A)(ii) do hereby stipulate that Plaintiffs' claims against Defendants Randy Sibbitt, MD, and Montana Interventional and Diagnostic Radiology Specialists, PLLC, are voluntarily dismissed, with prejudice.  The parties shall bear their own costs and attorney fees.

Counsel for each party have reviewed this stipulation, have approved of the contents, and of the filing of this stipulation.

It is so stipulated this 5th day of April, 2013.

   /s/ Daniel P. Buckley
Daniel P. Buckley
Attorney for Plaintiffs

   /s/Carlo J. Canty
Carlo J. Canty
Attorney for Defendants Randy Sibbitt, MD and
Montana Interventional and Diagnostic
Radiology Specialists, PLLC

   /s/ George F. Darragh, Jr.
George F. Darragh, Jr.
Attorney for Defendant United States of America

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 5th day of April, 2013, a true and accurate copy of the foregoing was served upon the parties listed below by electronic service (CM/ECF):

George Darragh
PO Box 3447
Great Falls, MT 59403

Dan Hoven
Carlo Canty
Evan Thompson
825 Great Northern, Suite 105
PO Box 1697
Helena, MT 59624

        ___/s/_Daniel P. Buckley_____
        Daniel P. Buckley
        *Attorney for Plaintiffs*